1  ELIZABETH A. SPERLING - State Bar No. 231474
   esperling@glaserweil.com
2  ALEXANDER R. MILLER - State Bar No. 294474
   amiller@glaserweil.com
3  JACK DAY – State Bar No. 324516
   jday@glaserweil.com
4  **GLASER WEIL FINK HOWARD**
   **JORDAN & SHAPIRO LLP**
5  501 W. Broadway, Suite 800
   San Diego, CA 92101
6  Telephone: (619) 765-4380
   Facsimile: (619) 483-0646

7

8  Attorneys for Defendants
   Caydon San Diego Property LLC, Caydon USA
   Holding LLC, and Caydon USA Property Group
9  LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; and DOES 1 through 50, inclusive,,<br><br>Defendants. | CASE NO: **'23CV1020 LAB DDL**<br><br>**DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2 Defendants Caydon San Diego Property LLC ("Caydon San Diego"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; Caydon USA Holding LLC ("Caydon USA Holding"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; and Caydon USA Property Group LLC ("Caydon USA Property Group"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Caydon San Diego
- Caydon USA Holding
- Caydon USA Property Group
- Caydon USA Property Group Holdings Pty Ltd
- Caydon USA Investments Pty Ltd
- City of San Diego

DATED: June 1, 2023

Respectfully submitted,

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**

/s/ Elizabeth A. Sperling

Elizabeth A. Sperling
Attorneys for Defendants Caydon San Diego Property LLC, Caydon USA Holding LLC, and Caydon USA Property Group LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On June 1, 2023, I served the foregoing document(s) described as **DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** on the interested parties to this action by delivering thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on June 1, 2023 at Los Angeles, California.

_____
Elizabeth Koch-Lenaire

**SERVICE LIST**

| | |
|---|---|
| MARA W. ELLIOTT, City Attorney<br>PAIGE E. FOLKMAN, Assistant City Attorney<br>DAVID E. MILLER, Deputy City Attorney<br>Office of the City Attorney<br>Community Justice Division /<br>Nuisance Abatement Unit<br>1200 Third Avenue, Suite 700<br>San Diego, California 92101-4103<br>Telephone:  (619) 533-5500<br>Fax:  (619) 533-5505<br>Email:  MillerDE@sandiego.gov | Attorneys for Plaintiffs<br>The People of the State of California and<br>City of San Diego |