ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Specially Appearing Defendants
Caydon San Diego Property LLC, Caydon
USA Holding LLC, Caydon USA Property
Group LLC, and Matthew Hutton

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 23-cv-01020-LAB-DDL<br><br>**DECLARATION OF ELIZABETH A. SPERLING IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Filed concurrently with *Ex Parte* Application and (Proposed) Order]<br><br>Date filed: April 27, 2023<br>Removal date: June 1, 2023 |

DECLARATION OF ELIZABETH A. SPERLING IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT

2287738

## DECLARATION OF ELIZABETH A. SPERLING

I, Elizabeth A. Sperling, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and in the Southern District of California and am a partner of Glaser Weil Fink Howard Jordan & Shapiro LLP, attorneys of record for Specially Appearing Defendants Caydon San Diego Property LLC ("Caydon San Diego"), Caydon USA Holding LLC ("Caydon USA Holding"), Caydon USA Property Group LLC ("Caydon USA Property Group"), and Matthew Hutton (collectively, "Defendants" or "Caydon") in this matter. This declaration is submitted in support of Defendants' *Ex Parte* Application to Extend Time to Respond to the Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On April 27, 2023, Plaintiffs commenced this action by filing a complaint against Caydon in the Superior Court of the State of California, County of San Diego, entitled *The People of the State of California, et al. v. Caydon San Diego Property LLC, et al.*, Case No. 37-2023-00017820-CU-MC-CTL.

3. On May 2, 2023, Plaintiffs served the Complaint on Caydon San Diego through its registered agent for service.

4. On May 3, 2023, Plaintiffs served the Complaint on Caydon USA Holding and Caydon USA Property Group through their respective registered agents for service.

5. On behalf of Caydon, I timely filed a notice of removal and removed the action to federal court on June 1, 2023, making the Caydon Defendants' responses to the Complaint due June 8, 2023. Hence, there is an exigency for this request.

6. I have had several discussions prior to the City Attorneys filing the instant action explaining to them that Caydon USA Holding, Caydon USA Property Group, and Matthew Hutton are not proper parties to this action and they are not subject to personal jurisdiction in California. I requested that the City Attorneys not name them as parties if they proceeded to file the action. They refused.

7.     I did meet and confer with Plaintiffs' counsel prior to filing this application. On May 23, 2023, I emailed the City Attorneys that, as I had previously discussed at length with them, we would be filing a motion to dismiss for lack of personal jurisdiction as to Caydon USA Holding, Caydon USA Property Group, and Matthew Hutton who are all improper parties to this action. I asked if the City Attorneys would stipulate to a 60-day extension of the deadline to respond to the Complaint in order to file the motion and explained why additional time was needed. I also requested that the time for Caydon San Diego to answer be extended pending the Court's determination of the motion. This was the first such extension I requested in this case. A true and correct copy of my email is attached as **Exhibit 1**.

8.     On May 24, 2023, the City Attorneys responded summarily rejecting my request stating: "[W]e will not stipulate to any extension of time. Please file your answer within the time frame provided by statute." *See* Ex. 1.

9.     The Caydon Defendants are Delaware Limited Liability Companies with their principal places of business in Houston, Texas. Ultimately, the Caydon Defendants are part of Caydon USA Property Group Pty Ltd, which is an Australian company with its principal place of business in Australia. The client representatives for the Caydon Defendants reside in and are citizens of Australia.

10.     Caydon USA Property Group Pty Ltd is in bankruptcy in Australia and an Australian receiver (McGrathNicol) has been appointed to manage the liquidation and receivership of the company and its various subsidiaries, including the Caydon Defendants. Accordingly, all decisions regarding the companies' legal affairs and all matters pertaining to this litigation must be coordinated, reviewed and approved by the receivers. It is difficult enough to coordinate with clients in other states; it is much more difficult and time-consuming to coordinate a defense on behalf of multiple client entities whose ultimate parent is in Australia and that is being handled by receivers due to bankruptcy.

11.     I am requesting on behalf of my clients in good faith a sixty (60) day

extension to respond to the Complaint, or such other time as the Court determines is reasonable, because I will need additional time to coordinate with Caydon's client representatives and the receivers, who are all located in Australia, in order to gather the necessary declarations and evidence supporting Defendants' motion to dismiss for lack of personal jurisdiction and motion to quash.

12. Additionally, I was informed on May 31, 2023, that my principal contact with the receivers is out on leave and unavailable for at least three weeks beginning today, June 1, 2023. This will make it near impossible for me to obtain the necessary authorizations and declarations during that time.

13. I also just learned on May 29, 2023, that the City Attorneys purported to serve Matthew Hutton with process by mail on May 30, 2023 (in Australia)—even though Mr. Hutton resides in and is a citizen of Australia, he has not consented to service, and he contests personal jurisdiction in this matter.

14. I will, therefore, be preparing a motion to quash service on Mr. Hutton's behalf based on Plaintiffs' failure to comply with the applicable international service of process rules. As this purported service attempt occurred only a couple days ago, I need time to discuss the matter with Mr. Hutton and prepare the motion and necessary declarations.

15. Except as set out in the *ex* parte application, the requested continuance will not affect other case management dates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on June 2, 2023 in San Diego, California.

    /s/ Elizabeth A. Sperling
    Elizabeth A. Sperling

# EXHIBIT 1

| | |
|---|---|
| **From:** | Miller, David |
| **To:** | Elizabeth Sperling |
| **Cc:** | Brannan, Gabriela |
| **Subject:** | RE: 1122 4th Ave [California Theater] |
| **Date:** | Wednesday, May 24, 2023 9:52:36 AM |
| **Attachments:** | image002.png |

Elizabeth,

It is and has been my opinion that the parties named in the complaint are the correct parties. We do not intend to remove any party and will oppose any motion asking to do so. Further, we will not stipulate to any extension of time.

Please file your answer within the time frame provided by statute.

*David E. Miller*
Deputy City Attorney
Office of the City Attorney
Community Justice Division
Nuisance Abatement Unit
1200 Third Avenue, Suite 700
San Diego, CA 92101
(619) 533-6123

*PLEASE NOTE: This email is for the sole use of the intended recipient(s) and may contain information protected by the ATTORNEY-CLIENT PRIVILEGE and/or by the ATTORNEY WORK PRODUCT DOCTRINE. The contents of this email may include confidential and/or inside information and may be legally privileged or protected and should not be communicated to or relied upon by any person without express consent of the sender. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by reply email, delete the original communication, and destroy all copies.*

**From:** Elizabeth Sperling <esperling@glaserweil.com>
**Sent:** Tuesday, May 23, 2023 4:52 PM
**To:** Miller, David <MillerDE@sandiego.gov>
**Cc:** Brannan, Gabriela <GBrannan@sandiego.gov>
**Subject:** [EXTERNAL] RE: 1122 4th Ave [California Theater]

**\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\***

David – thank you for bringing this to my attention.  I was not aware of this.

I left a voice mail for you yesterday.  I called to discuss with you that, as we had previously advised,

EXHIBIT 1
Page 1

we will be filing a motion to dismiss Caydon USA Holding LLC, Caydon USA Property Group, LLC, and Matthew Hutton as Receiver and Manager of Caydon USA Property Group Holdings PTY Ltd for lack of personal jurisdiction.  Will you stipulate to a 60-day extension of our deadline to file given the time it will take me to get declaration(s) and pull together the evidence needed for this?  And, because I don't think it makes sense for Caydon San Diego Property LLC to have to answer the complaint while the motion is pending, I want to ask if you'll stipulate that its deadline to answer the complaint be extended to 14 days after the court rules on the motion to dismiss.  Please let me know.  Thank you.



**Elizabeth Sperling | Partner**
*San Diego*:  501 W. Broadway, Suite 800, San Diego, CA 92101
Main: 619.765.4380 | Direct: 619.762.5953 | Fax: 619.732.3496

*Century City*:  10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.556.7860 | Fax: 310.843.2660

E-Mail: esperling@glaserweil.com | www.glaserweil.com

**To send files securely, please click here.**

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

EXHIBIT 1
Page 2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On June 2, 2023, I served the foregoing document(s) described as **DECLARATION OF ELIZABETH A. SPERLING IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties to this action by delivering thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on June 2, 2023, at Los Angeles, California.

_____
Elizabeth Koch-Lenaire

# SERVICE LIST

| | |
|---|---|
| MARA W. ELLIOTT, City Attorney<br>PAIGE E. FOLKMAN, Assistant City Attorney<br>DAVID E. MILLER, Deputy City Attorney<br>Office of the City Attorney<br>Community Justice Division /<br>Nuisance Abatement Unit<br>1200 Third Avenue, Suite 700<br>San Diego, California 92101-4103<br>Telephone: (619) 533-5500<br>Fax: (619) 533-5505<br>Email: PFolkman@sandiego.gov<br>MillerDE@sandiego.gov | Attorneys for Plaintiffs<br>The People of the State of California and City of San Diego |