# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company, et al., <br><br> Defendants. | Case No.: 23-cv-1020-LAB-DDL <br><br> **ORDER OF DISMISSAL** |

The Court has considered the Notice of Voluntary Dismissal filed by Plaintiffs People of the State of California and City of San Diego. (Dkt. 8). Under Rule 41 of the Federal Rules of Civil Procedure, an action may be voluntarily dismissed by the plaintiff by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs seek dismissal of the entire action without prejudice. Defendants have neither answered nor filed a motion for summary judgment.

//
//
//

This case is **DISMISSED WITHOUT PREJUDICE** in its entirety. Each party shall bear its own expenses, costs, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 14, 2023

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge